**IN THE UNITED STATE DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
Case No. 5:16-CV-155-FL

| | |
|---|---|
| UBS FINANCIAL SERVICES, INC., | |
| Plaintiff., | **RESPONSE IN OPPOSITION TO MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS** |
| v. | |
| ROBERT ZIMMERMAN, | |
| Defendant. | |

Plaintiff UBS Financial Services, Inc. ("UBS") opposes the defendant Robert Zimmerman's Motion for Partial Judgment on the Pleadings [Docket No. 37] as premature because the pleadings in this matter have not yet closed. Rule 12(c), Fed. R. Civ. P. ("After the pleadings are closed—but early enough not to delay trial—a party may move for judgment on the pleadings.") (emphasis added). UBS's deadline to respond to Mr. Zimmerman's amended counterclaims is August 4, 2016. UBS intends to move to dismiss Mr. Zimmerman's amended counterclaims in their entirety. As a result, the pleadings will not close in this matter until UBS answers Mr. Zimmerman's amended counterclaims, which it will do only if it is unsuccessful in its motion to dismiss.

To the extent Mr. Zimmerman's motion can be read to include a second request that this Court withdraw or modify the Preliminary Injunction [Docket No. 32], UBS respectfully requests that this Court summarily deny that request for the reasons set forth in the Court's July

1

25, 2016 order.  [Docket No. 42.]


Dated: August 1, 2016                         KATTEN MUCHIN ROSENMAN LLP

                                              /s/ Rebecca K. Lindahl _____

                                              Rebecca K. Lindahl (NC Bar No. 35378)
                                              550 South Tryon Street, Suite 2900
                                              Charlotte, North Carolina 28202-4213
                                              Phone: (704) 344-3141
                                              Fax: (704) 444-2050
                                              rebecca.lindahl@kattenlaw.com

                                              and

                                              David L. Goldberg (*admitted pro hac vice*)
                                              575 Madison Avenue
                                              New York, New York  10022
                                              Phone: (212) 940-8800
                                              Fax: (212) 940-8776
                                              david.goldberg@kattenlaw.com
                                              *Attorneys for Plaintiff UBS Financial Services Inc.*

**CERTIFICATE OF SERVICE**

 I hereby certify that on August 1, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed the document to the following non-CM/ECF participants:

> Mr. Robert Zimmerman
> 329 Sand Piper Lane
> Hampstead, NC 28443

Respectfully submitted,

KATTEN MUCHIN ROSENMAN LLP

/s/ Rebecca K. Lindahl _____

Rebecca K. Lindahl (NC Bar No. 35378)
550 South Tryon Street
Suite 2900
Charlotte, North Carolina 28202-4213
Phone: (704) 344-3141
Fax: (704) 444-2050
rebecca.lindahl@kattenlaw.com

and

David L. Goldberg (*admitted pro hac vice*)
Daniel M. Ketani (*admitted pro hac vice*)
575 Madison Avenue
New York, New York  10022
Phone: (212) 940-8800
Fax: (212) 940-8776
david.goldberg@kattenlaw.com
daniel.ketani@kattenlaw.com
*Attorneys for Plaintiff UBS Financial Services Inc.*