IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:16-CV-155-FL

| | |
|---|---|
| UBS FINANCIAL SERVICES INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT ZIMMERMAN, <br><br> Defendant. | **UBS'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO STRIKE COMPLAINT AND FOR OTHER VARIOUS RELIEF** |

UBS Financial Services Inc. ("UBS Financial"), with UBS AG ("UBS AG"), UBS Securities LLC ("UBS Securities") and UBS Group AG ("UBS Group," and together with UBS Financial, UBS AG, and UBS Securities, "UBS"), by and through the undersigned counsel, hereby respond in opposition to Defendant's Motion to (1) Strike Complaint and Reconsideration of Order Granting UBS Financial, Inc. a Preliminary Injunction and (2) Strike Motion to Enforce Order to Enforce the Preliminary Injunction and (3) Strike Reply Response in Support of Motion to Enforce Order Granting a Preliminary Injunction. [Docket No. 58 ("Motion to Strike")].

In his Motion to Strike, Zimmerman attempts to re-litigate prior orders of this Court, including this Court's June 21, 2016 order enjoining the FINRA arbitration that Zimmerman brought against UBS [Docket No. 32] and July 25, 2016 order denying reconsideration of the Court's injunction. [Docket No. 42.] Zimmerman relies upon the same arguments that the Court found unavailing when entering and declining to reconsider its June 21, 2016 injunction. For all of the same reasons why the Court previously entered and declined to reconsider its June 21, 2016 Order, it should also deny Zimmerman's Motion to Strike.

1

Zimmerman's repeated attempts to re-litigate the Court's orders are a needless drain on the Court's and UBS's time and resources. If Mr. Zimmerman continues to file repetitive motions that are not grounded in law or the rules of civil procedure, UBS will seek appropriate sanctions to deter such future behavior.

.

This the 9th day of January, 2017.

        KATTEN MUCHIN ROSENMAN LLP

        /s/ Rebecca K. Lindahl_____

        Rebecca K. Lindahl (NC Bar No. 35378)
        550 South Tryon Street
        Suite 2900
        Charlotte, North Carolina 28202-4213
        Phone: (704) 344-3141
        Fax: (704) 444-2050
        rebecca.lindahl@kattenlaw.com

        and

        David L. Goldberg (*admitted pro hac vice*)
        575 Madison Avenue
        New York, New York 10022
        Phone: (212) 940-8800
        Fax: (212) 940-8776
        david.goldberg@kattenlaw.com
        *Attorneys for all UBS Entities*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed the document to the following non-CM/ECF participants:

>Mr. Robert Zimmerman
>329 Sand Piper Lane
>Hampstead, NC 28443

>Respectfully submitted,
>
>KATTEN MUCHIN ROSENMAN LLP
>
>/s/ Rebecca K. Lindahl _____
>
>Rebecca K. Lindahl (NC Bar No. 35378)
>550 South Tryon Street
>Suite 2900
>Charlotte, North Carolina 28202-4213
>Phone: (704) 344-3141
>Fax: (704) 444-2050
>rebecca.lindahl@kattenlaw.com
>
>and
>
>David L. Goldberg (*admitted pro hac vice*)
>575 Madison Avenue
>New York, New York  10022
>Phone: (212) 940-8800
>Fax: (212) 940-8776
>david.goldberg@kattenlaw.com
>*Attorneys for all UBS Entities*