IN THE UNITED STATES DISTRICT COURT28.
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:16-CV-155-FL

UBS FINANCIAL SERVICES INC.,
Plaintiff,

v.

ROBERT ZIMMERMAN,
Defendant.

## DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO STRIKE COMPLAINT AND OTHER VARIOUS RELIEFS

**COMES NOW,** Defendant Robert Zimmerman who hereby seeks to:

(1) Strike UBS Financials' Opposition to Defendant's Motion to Strike Complaint and Other Various Reliefs based on the fact that Plaintiff's Opposition is entirely unresponsive to any of the numerous matters of law and fact set forth in Defendant's Motion to Strike the Complaint and other matters of fact and law.

(2) Instead of addressing the Motion, as it has throughout this action, Plaintiff has asked this Honorable Court to ignore the several intentional frauds Plaintiff has brought to this Court as set out in Defendant's Motion to Strike the Complaint.

(3) Moreover, throughout these proceedings Plaintiff entirely failed to provide a legal foundation for its Complaint, instead relying on the long-established fact that pro se Defendant's typically stand no chance of successfully challenging any court action

1

brought against them and have left it to this Honorable Court to prosecute its action for them.

**WHEREFORE,** Defendant prays that UBS Financial and/or any other UBS business entity take nothing by way of UBS Financials' Complaint, that the Complaint be dismissed and the Motion to Enforce be dismissed and that Defendant recover his costs and such other and further relief as this Honorable Court may deem just and proper.

Respectfully submitted by: /s/ Robert Zimmerman

Dated: January 13, 2017

Robert Zimmerman, *Pro Se*
329 Sandpiper Lane
Hampstead, NC 28443
Tel: 910-232-8990
Email:

Case No. 5:16-CV-155-F

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:16-CV-155-FL

UBS FINANCIAL SERVICES INC.,
Plaintiff,

v.

ROBERT ZIMMERMAN,
Defendant.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT ON THIS 17th DAY OF JANUARY 2017,** a copy of the following (1) Motion to Strike Plaintiffs' Response in Opposition to Defendant's Motion to Strike Complaint and Other Various Reliefs was mailed by First Class Mail to the following attorney for UBS Financial, Services Inc.

Rebecca Lindahl, 550 S. Tyron Street Suite 2900
Charlotte, NC 28202-4213

Dated: January 17, 2017 by: _____

Robert Zimmerman, *Pro Se*
329 Sandpiper Lane
Hampstead, NC 28443
Tel: 910-232-8990
Email: BobZimmerman@usa.com

3